AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Arturo LOPEZ-Sanchez | ) Case No. |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 11, 2021__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952 | Knowingly and unlawfully import, from a place outside the United States, to wit; the United Mexican States, to a place in the United States, to wit; Laredo, Texas, controlled substances listed under Schedule I & II of the Controlled Substance Act, to wit; approximately 17.78 kilograms of crystal methamphetamine, 1.2 kilograms of heroin, and 11.28 kilograms of fentanyl. |
| 21 U.S.C. § 963 | Knowingly and unlawfully conspire to import, from a place outside the United States, to wit; the United Mexican States, to a place in the United States, to wit; Laredo, Texas, controlled substances listed under Schedule I & II of the Controlled Substance Act, to wit; 17.78 kilograms of crystal methamphetamine, 1.2 kilograms of heroin, and 11.28 kilograms of fentanyl. |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

/s/ Adrian Lopez
*Complainant's signature*

Submitted by reliable electronic means per Fed.R.Crim.P. 4.1, Adrian Lopez sworn to and signature attested telephonically on February 19, 2021, at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge

# ATTACHMENT A

1. On February 11, 2021, at approximately 10:30 a.m., Customs and Border Protection officers (CBPOs) working at the Lincoln/Juarez Port of Entry (POE) in Laredo, Texas, encountered Jose Arturo LOPEZ-Sanchez, a United States citizen, as he made entry into the US driving a silver in color Dodge Ram.

2. At primary inspection, LOPEZ-Sanchez provided a negative oral declaration and claimed United States citizenship. Moments later, the CBPO referred LOPEZ-Sanchez for secondary inspection.

3. At secondary inspection, a CBPO canine handler conducted an inspection of the Dodge Ram and advised that his service canine alerted to the odors of narcotics and/or concealed humans. An x-ray analysis of the vehicle also revealed a compartment with several anomalies behind the vehicle firewall and behind the back-passenger seats.

4. A search of the compartment and back seats resulted in the discovery of thirty-nine (39) black taped bundles. Thirty (30) bundles tested positive for crystal methamphetamine and weighed approximately 17.78 kilograms, one (1) bundle tested positive for heroin and weighed approximately 1.20 kilograms, eight (8) bundles tested positive for fentanyl and weighed approximately 11.28 kilograms. At this point LOPEZ-Sanchez was detained for interview.

5. Homeland Security Investigations (HSI) special agents (SAs) and task force officers (TFOs), responded to the POE and interviewed LOPEZ-Sanchez. HSI SAs read LOPEZ-Sanchez his Miranda Rights in the Spanish language. LOPEZ-Sanchez waived his rights and agreed to provide a statement without the presence of an attorney.

6. During his interview, LOPEZ-Sanchez admitted to transporting the silver in color Dodge Ram from Monterrey, Nuevo Leon, Mexico to San Antonio, Texas, for an individual in Mexico. LOPEZ-Sanchez stated he was going to get paid approximately $800.00 (USD) once he made the delivery of the vehicle in San Antonio.

7. LOPEZ-Sanchez also admitted that he was not fully aware of what was inside the vehicle, but he believed it was possibly cocaine.

8. LOPEZ-Sanchez was subsequently arrested and detained pending his initial appearance before a United States Magistrate Judge.